IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANNON M. FULTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-cv-431-RJD |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court for case management purposes. Plaintiff filed this lawsuit pro se on March 28, 2025. Doc. 1. She contends that the Social Security Administration's decision to deny her benefits was not supported by substantial evidence. Doc. 6. Defendant appeared and, through counsel, submitted the transcript of Plaintiff's Social Security records. Doc. 13. The Court set a Scheduling Order, giving Plaintiff a deadline of June 23, 2025 to file her brief. Doc. 15. More than three months passed with no brief or any other pleading filed by Plaintiff. On October 2, 2025, the Court entered an Order to Show Cause, giving Plaintiff a deadline of October 16, 2025 to file a pleading that explains why this case should not be dismissed for lack of prosecution. Doc. 16. Plaintiff was warned that failure to comply with the Show Cause Order would result in the case being dismissed with prejudice. *Id*. The October 16, 2025 deadline passed and six days later (the date of this Order), the Court still has not received any type of pleading from Plaintiff.

It appears that Plaintiff has lost interest in this case. The Court has the "inherent authority

to dismiss a case *sua sponte* for a plaintiff's failure to prosecute." *O'Rourke Bros. Inc. v. Nesbitt Burns, Inc.*, 201 F.3d 948, 952 (7th Cir. 2000). At this point, Plaintiff has ignored two Court orders and filed nothing in more than six months. Accordingly, this case is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter judgment in favor of the Commissioner. All pending deadlines are vacated.

**DATED: October 22, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**